IN THE MATTER OF THE REVOCATION OF THE CERTIFICATE OF PUBLIC CONVENIENCE AND NECESSITY OF HIGH POINT SANITATION COMPANY.

October 15, 1986.

Petition for certification denied.

107 YORK STREET CORPORATION v. MUNICIPAL COUNCIL OF THE CITY OF JERSEY CITY.

October 15, 1986.

Petition for certification denied.

VICTOR GONZALEZ v. SWECO, INC.

October 15, 1986.

Petition for certification denied.

VICTOR GONZALEZ v. SWECO, INC.

October 15, 1986.

Cross-petition for certification denied.